THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA FLOWER and
HAROLD FLOWER,

    Plaintiffs,

v.

ALLSTATE PROPERTY
AND CASUALTY INSURANCE
COMPANY,

    Defendant.

3:18-CV-1321
(JUDGE MARIANI)
(Magistrate Judge Carlson)

## ORDER

AND NOW, THIS 25th DAY OF APRIL 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein.

2. The Motion for Judgment on the Pleadings of Defendant Allstate Property and Casualty Insurance Company (Doc. 8) is **DENIED WITHOUT PREJUDICE**.

3. This matter is remanded to Magistrate Judge Carlson for the continued management of all pretrial proceedings (*see* Doc. 17).

Robert D. Mariani
United States District Judge