# SCOTT E. SCHERMERHORN
## ATTORNEY AT LAW

| | |
|---|---|
| THE RITZ BUILDING | TEL: (570) 348-1020 |
| 222 WYOMING AVENUE | FAX: (570) 348-2130 |
| SCRANTON, PA 18503 | Email: lawyer527@aol.com |

October 21, 2019

*Via ECF*

Honorable Robert D. Mariani
United States District Judge
U.S. District Court for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

      Re:    <u>Melissa & Harold Flower v. Allstate Property and Cas. Co.</u>
                No. 3:18-cv-01321

Dear Judge Mariani:

      The parties are please to inform your Honor that they have resolved the above-referenced matter by way of proceeding to an alternative dispute resolution (private binding arbitration). A proposed Order is attached for consideration.

                                                   Respectfully,

                                                   *Scott E. Schermerhorn*

                                                 Scott E. Schermerhorn

cc:    Michael K. Lorenz, Esq. (Via ECF)