THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA FLOWER and<br>HAROLD FLOWER,<br><br>      Plaintiffs,<br>v.<br><br>ALLSTATE PROPERTY<br>AND CASUALTY INSURANCE<br>COMPANY,<br><br>      Defendant. | 3:18-CV-1321<br>(JUDGE MARIANI)<br>(Magistrate Judge Carlson) |

## ORDER

AND NOW, THIS 28th DAY OF OCTOBER 2019, Counsel having reported to the Court that the above-captioned matter has been resolved by way of an agreement to proceed to private and binding arbitration (Doc. 27), **IT IS HEREBY ORDERED THAT** this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown within ninety days of the date of this Order, to reinstate the action for purposes of enforcement of an arbitration agreement or arbitration award.

Robert D. Mariani
United States District Judge